No. 63.—WILLIAM S. McINTOSH, Administrator, *v.* D. McLEOD, Administrator.

Citation of appeal must be served on the appellee if he reside in the State, and on the advocate if he be a non-resident. C. P. 582. Service on the agent is not good.

APPEAL from the Twelfth District Court of the parish of Franklin. *Crawford, J. H. P. Wells,* for plaintiff and appellant. *John Ray,* for defendant and appellee.

LUDELING, C. J. D. McLeod, administrator of the succession of Alexander McLeod, was sued for $2000, with eight per cent. per annum interest from fifth of February, 1861.

The defendant appeared by his counsel, who filed an answer and conducted the defense until final judgment in the District Court.

The plaintiff applied by petition for an appeal, and he caused the citation to be served on John McLeod, who, he says, was the agent of D. McLeod, administrator. A motion to dismiss the appeal for want of citation has been filed.

The motion must prevail.

The sheriff must serve the citation on the appellee, if he reside in the State, or on *his advocate*, if he reside out of the State, by delivering a copy of the same to such appellee or to his advocate, or by leaving it at the place of their usual domicile. C. P. article 582; McMicken *v.* Smith, 5 N. S. 428; 4 La. 317.

It is therefore ordered that the appeal be dismissed.